EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
YASIN MOHAMMAD (Cal. Bar No. 242798)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-6968
     Facsimile:     (213) 894-7177
E-mail:  Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-359-PA |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT |
| v. | |
| JEREMIAH EDMOND COLINO, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's application for sealed filing is GRANTED.  The document sought to be filed under seal shall be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

February 22, 2016
DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE