UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JEREMIAH EDMOND COLINO,<br><br>      Defendant. | No. CR 14-359 PA<br><br>AMENDED JUDGMENT ON PETITION ALLEGING VIOLATONS OF SUPERVISED RELEASE |

On September 1, 2020, Aaron Frumkin, the attorney for the government appeared, and the defendant, Jeremiah Edmond Colino, appeared with appointed counsel Jill K. Ginstling; and defendant admitted to the allegation one, as charged in the petition filed on August 18, 2020.

THE COURT FINDS that the defendant violated the terms and conditions of the order of supervised release of March 14, 2016.

IT IS FURTHER ORDERED AND ADJUDGED, upon the findings of the Court, that the defendant shall continue on supervised release under the same terms and conditions imposed on March 14, 2016, with the following additional conditions:

    The defendant shall participate for a period of 90 days in a home detention program to include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.

    The defendant shall pay the costs of the Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The

UNITED STATES OF AMERICA v. JEREMIAH EDMOND COLINO            PAGE 2
CASE NO. CR 14-359 PA

>   defendant shall provide payment and proof of payment as directed by the Probation Officer.
>
>   The offender, as a special condition of supervision, shall participate in, and successfully complete, a cognitive-behavioral based life skills program, as approved by the Probation Officer.

Defendant is advised of his right to appeal.

DATED: October 27, 2020

                                                                                   _____
                                                                                                   Percy Anderson
                                                                                   UNITED STATES DISTRICT JUDGE

Kiry K. Gray, Clerk

By: T. Jackson
        Deputy Clerk
cc: USM, BOP, USPO